859 A.2d 1254

Jon BALSBAUGH and Chris Le Comte, Appellees

v.

COMMONWEALTH DEPARTMENT OF
GENERAL SERVICES, Appellant.

Supreme Court of Pennsylvania.

Oct. 20, 2004.

## ORDER

PER CURIAM.

AND NOW, this 20th day of October, 2004 the order of the Commonwealth Court is hereby affirmed.